UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGRAJ SINGH,<br><br>         Petitioner,<br><br>    v.<br><br>MINGA WOFFORD, et al.,<br><br>         Respondents. | No.  1:25-cv-1825 DJC CKD P<br><br><br>ORDER |

Petitioner has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 10, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 10, 2026, are adopted in full.

2. The petition for a writ of habeas corpus, ECF No. 1, is GRANTED.

3. Respondents are ENJOINED AND RESTRAINED from re-arresting, re-detaining or imposing additional restrictions on petitioner such as electronic monitoring absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice – describing the change of circumstances necessitating his arrest, detention or imposition of additional restrictions– and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that petitioner poses a danger to the community or a risk of flight, and petitioner shall be allowed to have counsel present.

4. This case is closed.

IT IS SO ORDERED.

Dated:  **February 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE